HUGH FOX, an Infant, by AGNES O'ROURKE, His Guardian ad Litem, et al., Appellants, *v.* MISSION OF THE IMMACULATE VIRGIN FOR THE PROTECTION OF HOMELESS AND DESTITUTE CHILDREN, Respondent.

Submitted April 11, 1955; decided April 14, 1955.

*Julius A. Itzkowitz* for motion.
No one opposed.

Motion granted and Julius A. Itzkowitz, Esq., 141 Broadway, New York, N. Y., assigned as counsel to plaintiffs on the appeal herein.